07005453

# Office of the Sheriff



**KEVIN C. LARKIN**
**SHERIFF**



MERCER COUNTY CIVIL COURT HOUSE
175 SOUTH BROAD STREET
P.O. Box 8068
TRENTON, NEW JERSEY 08650-0068
TELEPHONE: (609) 989-6100
FAX: (609) 278-8041

**UNDERSHERIFFS**
MICHAEL D. GERASIMOWICZ
DENNIS J. TOBOLSKI
CAROLYN E. WALTON

**ASSISTANT TO THE SHERIFF**
CATHLEEN G. GARTON

**CHIEF SHERIFF'S OFFICER**
JOHN A. KEMLER

**CHIEF WARRANT OFFICER**
DENNIS J. MCMANIMON

PLAINTIFF   SONYA RODRIGUEZ-SAENZ          DOCKET #   07CV-9332

DEFENDANT   MERCK & CO INC

I SERVED THE FOLLOWING   US DISTRICT COURT, SUMMONS & COMPLAINT, OUT OF STATE

ON THE WITHIN-NAMED DEFENDANT (S) IN MERCER COUNTY, NEW JERSEY

| SERVICE NAME | DATE SERVED | TIME SERVED | AGENCY |
|---|---|---|---|
| MERCK & CO INC | 12/13/07 | 1100 AM | CORPORATION TRUST COMPANY Registered Agent Tyeasha Weaver Manager or Managing Agent 820 Bear Tavern Road, Ewing Twp |

I, KEVIN C. LARKIN, Sheriff of Mercer County, do hereby deputize and appoint _____ to be my Deputy, to execute and return the writ according to law.

Witness my hand and seal this

_13_ day of _Dec_
A.D. 2007

OTHER (Comment) _____

KEVIN C. LARKIN, SHERIFF, by

_____
Special Deputy

Sheriff (L.S.)
Sheriff's Fee: $$31.00
Notary Fee  $

LENORA R. ALLEN
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 1/29/2012
_Lenora R. Allen_

Sworn to and subscribed before me this
_13_ day of _Dec_, 20_07_